NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1135

### LYDALL THERMAL/ACOUSTICAL, INC.,
### LYDALL THERMAL/ACOUSTICAL SALES, LLC, and LYDALL, INC.,

Plaintiffs-Appellants,

v.

### FEDERAL-MOGUL CORPORATION
### and FEDERAL-MOGUL POWERTRAIN, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Michigan in case no. 07-CV-12473, Senior Judge Avern C. Cohn.

ON MOTION

### O R D E R

Lydall Thermal/Acoustical, Inc. and Lydall Thermal/Acoustical Sales, LLC submit correspondence that the court treats as a motion to reform the caption to add Lydall, Inc. as a plaintiff-appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 19 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Aimee B. Kolz, Esq.
John A. Artz, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 19 2009

JAN HORBALY
CLERK